United States District Court
Western District of Texas
Waco Division

United States of America,
    Plaintiff,

    v.                                                        No. 6:01-CR-164-ADA

(1) Sherman Lamont Fields,
    Defendant.

### Notice of Appearance & Substitution of Counsel

Please take note that Assistant United States Attorney Zachary C. Richter will appear on

behalf of the United States in this matter. Assistant United States Attorney Jennifer Sheffield

Freel has taken a position outside the government and will no longer appear in this matter.

Assistant United States Attorney Gregory G. Gloff will continue to appear on behalf of the

United States.

Respectfully submitted,

John F. Bash
United States Attorney

By:   */s/ Zachary C. Richter*
      Zachary C. Richter
      Assistant United States Attorney
      Texas Bar No. 24041773
      903 San Jacinto, Suite 334
      Austin, Texas  78701
      (512) 916-5858 (phone)
      (512) 916-5854 (fax)
      Zachary.C.Richter@usdoj.gov

**Certificate of Service**

I certify that on June 16, 2020, I electronically filed this document with the Clerk of Court using the CM/ECF system.

☒  The CM/ECF system will send notification to the following CM/ECF participant(s):

Florence Italia Patti
italia.patti@fd.org

☐  I also certify that I have mailed this document by United States Postal Service to the following non-CM/ECF participant(s):

*/s/ Zachary C. Richter*
Zachary C. Richter
Assistant United States Attorney

**Notice of Appearance**                                                                 **2**